**F I L E D**
CLERK, U.S. DISTRICT COURT
3/10/2022
CENTRAL DISTRICT OF CALIFORNIA
BY: ___vam___ DEPUTY

TRACY L. WILKISON
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
JEFF MITCHELL (Cal. Bar No. 236225)
Assistant United States Attorney
Major Frauds Section
    1100 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-0698
    Facsimile: (213) 894-3713
    E-mail:   jeff.mitchell@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

## UNITED STATES DISTRICT COURT

### FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>WAYNE JOSEPH NIX and<br>EDON YOSHIDA KAGASOFF,<br><br>        Defendants. | No. 2:22-CR-0080-MCS<br><br>GOVERNMENT'S *EX PARTE* APPLICATION FOR ORDER SEALING INFORMATION AND RELATED DOCUMENTS; DECLARATION OF JEFF MITCHELL<br><br>**(UNDER SEAL)** |

      The government hereby applies ex parte for an order that the information and any related documents in the above-titled case be kept under seal until further order of the Court.

//
//
//
//
//
//

1 | This *ex parte* application is made pursuant to Federal Rule of Criminal Procedure 6(e) and is based on the attached declaration of Jeff Mitchell.

Dated: March 10, 2022

Respectfully submitted,

TRACY L. WILKISON
United States Attorney

SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division

          */s/ Jeff Mitchell*
JEFF MITCHELL
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

**DECLARATION OF JEFF MITCHELL**

I, Jeff Mitchell, declare as follows:

1. I am an Assistant United States Attorney in the United States Attorney's Office for the Central District of California. I represent the government in the prosecution of United States v. WAYNE JOSEPH NIX and EDON YOSHIDA KAGASOFF.

2. The United States is conducting a grand jury investigation into the Operation of Unlawful Sports Gambling Businesses in the Central District of California.

3. Defendants NIX and KAGASOFF are aware of the investigation and have agreed to plead guilty; however, numerous remaining targets are not yet aware of the government's investigation. If the information and related documents were made publicly aware, it would undermine the investigation which is still pending before the grand jury.

4. In addition, Federal agents are currently conducting undercover activities into one of the targets using a cooperator who closely associated to defendant NIX. If the information and associated documents are made public it may undermine their investigation.

5. Based on my conversations with agents in this case, I understand that the remaining targets are likely to destroy electronic evidence, and move and hide their assets if there were to become aware of the investigation.

6. Accordingly, the government requests that the information and related documents in this case be sealed and remain so until further order of the Court.

1

   7.   I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Los Angeles, California, on March 10, 2022.

*/s/ Jeff Mitchell*

JEFF MITCHELL