TRACY L. WILKISON
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
JEFF MITCHELL (Cal. Bar No. 236225)
Assistant United States Attorney
Major Frauds Section
     1100 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-0698
     Facsimile: (213) 894-3713
     E-mail:   jeff.mitchell@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 22-00080-DMG |
| Plaintiff, | |
| v. | ORDER UNSEALING DOCKET |
| WAYNE JOSEPH NIX and EDON YOSHIDA KAGASOFF, | |
| Defendants. | |

   For good cause shown, IT IS HEREBY ORDERED THAT: The docket in the above-captioned matter shall be UNSEALED.

   IT IS SO ORDERED.


March 30, 2022
DATE

DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

Presented by:

   */s/ Jeff Mitchell*
JEFF MITCHELL
Assistant United States Attorney