*United States Probation & Pretrial Services*

United States District Court
Central District of California



Kiry K. Gray
District Court Executive / Clerk of Court

Jeffrey Thomason
Acting Chief Probation & Pretrial Services Officer

**FILED**
CLERK, U.S. DISTRICT COURT
4/6/2022
CENTRAL DISTRICT OF CALIFORNIA
BY: vam    DEPUTY

PACTS No:   7961203

## Passport Receipt

Defendant Name:              Nix, Wayne Joseph

Name on passport, if different:

Country of Origin:           U.S.A

Date passport issued:        October 13, 2017

Expiration date of passport: October 12, 2027

Ordered by court in the Central District of California

Docket Number:               0973 2:22CR00080-1

Wayne Joseph Nix  /s/ Wayne Nix
_____
Surrendered By

Alexander Chen  /s/
_____
Received By

April 6, 2022
_____
Date

April 6, 2022
_____
Date

_____
Returned To

_____
Date

_____
Returned By

_____
Date

Purpose Returned

Address (if mailed)

Ronald Reagan Federal Building and U.S. Courthouse, 411 West Fourth Street, Suite 4070, Santa Ana, CA 92701-4596 / 714-338-4550 phone, 714-338-4570 fax