1  E. MARTIN ESTRADA
   United States Attorney
2  SCOTT M. GARRINGER
   Assistant United States Attorney
3  Chief, Criminal Division
   JEFF MITCHELL (Cal. Bar No. 236225)
4  Assistant United States Attorney
   Major Frauds Section
5       1100 United States Courthouse
        312 North Spring Street
6       Los Angeles, California 90012
        Telephone: (213) 894-0698
7       Facsimile: (213) 894-3713
        E-mail:   jeff.mitchell@usdoj.gov
8
   Attorneys for Plaintiff
9  UNITED STATES OF AMERICA

FILED
CLERK, U.S. DISTRICT COURT

Oct 18, 2022

CENTRAL DISTRICT OF CALIFORNIA
BY: _____KT_____ DEPUTY

10                    UNITED STATES DISTRICT COURT

11              FOR THE CENTRAL DISTRICT OF CALIFORNIA

12  UNITED STATES OF AMERICA,          No. CR 22-00080-DMG

13            Plaintiff,               ORDER SEALING DOCUMENT [65]

14                 v.

15  WAYNE NIX,

16            Defendant.

17

18       For compelling reasons shown, IT IS HEREBY ORDERED THAT:

19       The government's ex parte application for sealed filing is

20  GRANTED.  The document sought to be filed under seal and the

21  government's ex parte application for sealed filing shall both be

22  filed under seal.  The government may produce the underlying document

23  as permitted or required by applicable law.

24       IT IS SO ORDERED.

25

26
   October 18, 2022
27  DATE                               DOLLY M. GEE
                                       UNITED STATES DISTRICT JUDGE
28