UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 22-00080-DMG |
|---|---|
| Plaintiff, | ORDER CONTINUING SENTENCING [110] |
| v. | |
| WAYNE NIX, | |
| Defendant. | |

The Court has read and considered the parties' Stipulation to Continue Sentencing Date for defendant Wayne NIX, filed on July 13, 2023.

THEREFORE, FOR GOOD CAUSE SHOWN:

The sentencing date in this matter is continued from September 20, 2023, to **March 6, 2024 at 11:00 a.m.**

IT IS SO ORDERED.

July 13, 2023
DATE

DOLLY M. GEE
UNITED STATES DISTRICT JUDGE