UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>              v.<br><br>WAYNE NIX,<br><br>         Defendant. | No. CR 22-00080-DMG<br><br>ORDER CONTINUING SENTENCING |

   The Court has read and considered the Stipulation to Continue Sentencing Date for defendant Wayne NIX filed by the parties in this matter on July 23, 2024.

   THEREFORE, FOR GOOD CAUSE SHOWN:

   The sentencing date in this matter is continued from September 25, 2024 to March 26, 2025 at 2:00 p.m.

   IT IS SO ORDERED.

July 24, 2024
DATE

DOLLY M. GEE
CHIEF U.S DISTRICT JUDGE

**cc: USPO**