1  E. MARTIN ESTRADA
   United States Attorney
2  MACK E. JENKINS
   Assistant United States Attorney
3  Chief, Criminal Division
   JEFF MITCHELL (Cal. Bar No. 236225)
4  Assistant United States Attorney
   Major Frauds Section
5       1100 United States Courthouse
        312 North Spring Street
6       Los Angeles, California 90012
        Telephone: (213) 894-0698
7       Facsimile: (213) 894-3713
        E-mail:    jeff.mitchell@usdoj.gov
8
   Attorneys for Plaintiff
9  UNITED STATES OF AMERICA

10                    UNITED STATES DISTRICT COURT

11                FOR THE CENTRAL DISTRICT OF CALIFORNIA

12 UNITED STATES OF AMERICA,           No. CR 22-00080-DMG

13          Plaintiff,                 GOVERNMENT'S *EX PARTE* APPLICATION
                                       FOR ORDER UNSEALING DOCKET ENTRY
14          v.                         134; DECLARATION OF JEFF MITCHELL

15 WAYNE NIX,

16          Defendant.

17

18      Plaintiff United States of America, by and through its counsel

19 of record, the United States Attorney for the Central District of

20 California and Assistant United States Attorney Jeff Mitchell, hereby

21 applies ex parte for an order that the docket no. 134 in the above-

22 referenced matter be unsealed.

23 //

24 //

25 //

26 //

27 //

28 //

This ex parte application is based upon the attached declaration of Jeff Mitchell.

Dated: August 23, 2024          Respectfully submitted,

E. MARTIN ESTRADA
United States Attorney

MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division

         /s/ Jeff Mitchell
JEFF MITCHELL
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

**DECLARATION OF JEFF MITCHELL**

I, Jeff Mitchell, declare as follows:

1. I am an Assistant United States Attorney in the United States Attorney's Office for the Central District of California. I am the attorney representing the government in this case.

2. The government requests leave to unseal docket no. 134 in United States v. Wayne Nix, CR No. 22-00080-DMG.

3. On July 23, 2024, the parties filed a request to continue the sentencing hearing. The stipulation, and the reasons in support of a continuance, were filed under seal for the reasons described in the government's ex parte application to seal.

4. On July 24, 2024, the Court granted the parties request to continue but sealed the order containing the new sentencing date, i.e., docket no. 134.

5. The government submits that the hearing, and the Court's order setting a new hearing date, should be unsealed to allow the public sufficient notice to attend the hearing.

6. The government has received media requests inquiring on the new sentencing date.

7. I have communicated with defendant's attorney, Steve Madison, who does not oppose unsealing docket no. 134.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Los Angeles, California, on August 23, 2024.



JEFF MITCHEL