E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
JEFF MITCHELL (Cal. Bar No. 236225)
Assistant United States Attorney
Major Frauds Section
    1100 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-0698
    Facsimile: (213) 894-3713
    E-mail:   jeff.mitchell@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 22-00080-DMG |
|---|---|
| Plaintiff, | [PROPOSED] ORDER |
| v. | |
| WAYNE NIX, | |
| Defendant. | |

    The government's _ex parte_ application to unseal docket number 134 in the above-referenced matter is GRANTED.  Docket number 134 shall be unsealed.

    IT IS SO ORDERED.


_____       _____
DATE                                                         HONORABLE DOLLY M. GEE
                                                                     UNITED STATES DISTRICT JUDGE

Presented by:

    _/s/ Jeff Mitchell_
JEFF MITCHELL
Assistant United States Attorney