Jeff Mitchell (Cal. Bar No. 236225)  
Assistant United States Attorney  
United States Attorney's Office  
312 N. Spring Street, 11th Floor  
Los Angeles, CA 90012

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | No. CR 22-00080-DMG |
| v. | |
| WAYNE NIX, | **NOTICE OF MANUAL FILING OR LODGING** |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☑ Filed ☐ Lodged: **(List Documents)**

Ex Parte Application and Proposed Order to Seal Documents, Under Seal Pleadings

**Reason:**

☑ Under Seal and/or In Camera
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Electronic versions are not available to filer
☐ Per Court order dated: _____
☐ Administrative Record
☐ Other:

February 10, 2025  
Date

Jeff Mitchell  
Attorney Name

United States of America  
Party Represented

*Note: File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

G-92 (04/14)  NOTICE OF MANUAL FILING OR LODGING