Juan M. Rodriguez
Assistant United States Attorney
1100 United States Courthouse
312 North Spring Street
Los Angeles, California 90012

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | CR 22-80-DMG |
| v. | |
| WAYNE JOSEPH NIX, et al. | **NOTICE OF MANUAL FILING OR LODGING** |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually  ☑ Filed   ☐ Lodged:  (**List Documents**)

EX PARTE APPLICATION TO SEAL; [PROPOSED] ORDER RE SEALING; UNDER SEAL DOCUMENT; [PROPOSED] ORDER RE UNDER SEAL DOCUMENT.

**Reason:**

☑ Under Seal
☐ In Camera
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Per Court order dated: _____
☐ Other:

September 8, 2025
Date

Juan M. Rodriguez
Attorney Name

United States of America
Party Represented

*Note:  File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

G-92 (05/15)        **NOTICE OF MANUAL FILING OR LODGING**