Michael J. Morse
Assistant United States Attorney
1100 United States Courthouse
312 North Spring Street
Los Angeles, California 90012

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, PLAINTIFF(S) v. WAYNE NIX DEFENDANT(S). | CASE NUMBER: CR 22-80-DMG<br>**NOTICE OF MANUAL FILING OR LODGING** |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☑ Filed ☐ Lodged: **(List Documents)**

EX PARTE APPLICATION TO SEAL; [PROPOSED] ORDER RE SEALING; UNDER SEAL DOCUMENT; [PROPOSED] ORDER RE UNDER SEAL DOCUMENT.

**Reason:**

☑ Under Seal
☐ In Camera
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Per Court order dated: ____________________
☐ Other:

November 25, 2026
Date

Michael J. Morse
Attorney Name

United States of America
Party Represented

*Note: File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*